UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 14-14685-RGS

NEW ENGLAND FEDERAL CREDIT UNION

v.

NICODEMUS McCOLLUM, III,
MARY E. McCOLLUM,
HELEN STRICKLAND,
INTERNAL REVENUE SERVICE,
MASSACHUSETTS DEPARTMENT OF REVENUE, and
ESTATE OF SHARON McCOLLUM

ORDER TO DISBURSE FUNDS

March 18, 2015

STEARNS, D.J.

The court orders the Court Registry Investment System (CRIS) to issue a check from the funds deposited by New England Federal Credit Union in this case in the amount of $16,459.38, payable to the United States Treasury. The court directs CRIS to notate "CMN 2015100413" on the reference line of the check. The Clerk will send the check to Andrew De Mello, counsel of record, in the provided Federal Express envelope.

                SO ORDERED.

                /s/ Richard G. Stearns
                _____
                UNITED STATES DISTRICT JUDGE