UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 14-14685-RGS

NEW ENGLAND FEDERAL CREDIT UNION

v.

NICODEMUS McCOLLUM, III,
MARY E. McCOLLUM,
HELEN STRICKLAND,
INTERNAL REVENUE SERVICE,
MASSACHUSETTS DEPARTMENT OF REVENUE, and
ESTATE OF SHARON McCOLLUM

FINAL ORDER TO DISBURSE FUNDS

March 23, 2015

STEARNS, D.J.

The court has received a notarized affidavit from Helen Strickland testifying that her sister Sharon McCollum's gross estate is under $1,000,000.00, and verification from the Suffolk County Registry of Deeds that the Strickland Affidavit was recorded there (Book 54157/Page 299). Ms. Strickland and her siblings Mary E. McCollum and Nicodemus McCollum have filed statements with the court that they are Sharon McCollum's only living heirs and agree that the remainder of the funds deposited by New England Federal Credit Union in this case shall be split equally among them. Accordingly, the court orders the Court Registry Investment System to issue, from the remaining funds including any

accrued interest, three checks in equal amounts payable to Helen Strickland, Mary McCollum, and Nicodemus McCollum. The Clerk will forward the checks to the siblings at their addresses filed with the court and close the case.

    SO ORDERED.

    /s/ Richard G. Stearns
    _____
    UNITED STATES DISTRICT JUDGE